## COUNTY OF ROCK v. KNUD G. OLDRE AND OTHERS.[1]

November 26, 1926.

No. 24,661.

**City of Luverne v. Skyberg followed.**

Plaintiff appealed from an order of the district court for Rock county, Nelson, J., setting aside a judgment and permitting defendants to serve their proposed answer. Order modified and case remanded.

*E. H. Canfield,* County Attorney, for appellant.

*C. T. & C. B. Howard* and *O. A. Lende,* for respondents.

PER CURIAM.

There is no substantial difference, from a legal standpoint, between this case and the one presented in the City of Luverne v. Skyberg, heard at the same time in the court below and both argued together here.

On the authority of that case, supra, page 234, the order appealed from is modified and case remanded with direction for further proceedings in conformity to the opinion filed in the case of City of Luverne v. Skyberg.

[1]Reported in 211 N. W. 7.